**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

KAREN MORALES, on behalf of herself and
all others similarly situated,

                     Plaintiffs,

               -against-

DIVERSIFIED CONSULTANTS, INC.

                   Defendant.

Case No.  1:17-cv-07173-MKB-CLP

**STIPULATION OF SETTLEMENT**
**AND DISMISSAL**

     **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their

respective counsel(s), that the above-entitled action against Defendant shall be and hereby is

dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party,

pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Brooklyn, New York
          August 7, 2018

By: /s/ Joseph H. Mizrahi
Joseph H. Mizrahi, Esq.
Joseph H. Mizrahi Law, P.C.
300 Cadman Plaza West, 12th Fl.
Brooklyn, New York 11201
(929) 575-4175
Fax: (929) 575-4195
Email: Joseph@jmizrahilaw.com
*Attorney for Plaintiff*

By: /s/ Aaron R. Easley
Aaron R. Easley, Esq.
Sessions Fishman Nathan & Israel LLC
3 Cross Creek Drive
Flemington, NJ 08822
908-237-1660
Fax: 908-237-1663
Email: aeasley@sessions.legal
*Attorney for Defendant*