UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREN MORALES, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>DIVERSIFIED CONSULTANTS, INC.<br><br><br>Defendant. | Case No.  1:17-cv-07173-MKB-CLP<br><br>**STIPULATION OF SETTLEMENT**<br>**AND DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s), that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Brooklyn, New York
            August 7, 2018

| | |
|---|---|
| By: /s/ Joseph H. Mizrahi<br>Joseph H. Mizrahi, Esq.<br>Joseph H. Mizrahi Law, P.C.<br>300 Cadman Plaza West, 12th Fl.<br>Brooklyn, New York 11201<br>(929) 575-4175<br>Fax: (929) 575-4195<br>Email: Joseph@jmizrahilaw.com<br>*Attorney for Plaintiff* | By: /s/ Aaron R. Easley<br>Aaron R. Easley, Esq.<br>Sessions Fishman Nathan & Israel LLC<br>3 Cross Creek Drive<br>Flemington, NJ 08822<br>908-237-1660<br>Fax: 908-237-1663<br>Email: aeasley@sessions.legal<br>*Attorney for Defendant* |

SO ORDERED:
s/MKB 8/14/2018
_____
MARGO K. BRODIE
United States District Judge